1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CAFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARCELLA HAIRAPETIAN,  Plaintiff,  v.  KILOLO KIJAKAZI, Acting Commissioner of Social Security,  Defendant. | Case No.: 2:23-cv-04181-SSC  [~~PROPOSED~~] JUDGMENT |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

Dated: November 27, 2023

BY: _____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE